UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>            Plaintiff,<br><br>     v.<br><br>C. PFEIFFER, ET. AL.,<br><br>            Defendants. | Case No.  1:22-cv-00746-ADA-HBK (PC)<br><br>ORDER ACKNOWLEDGING DEFENDANT'S CONSENT TO REMOVAL AND GRANTING MOTION TO SCREEN<br><br>(Doc. No.  7) |

Pending before the Court is Defendant Ojeda's consent to removal and request for screening of complaint by all Defendants filed August 12, 2022.  (Doc. No. 7).

Accordingly, it is **ORDERED**:

The Court acknowledges Defendant Ojeda consents to removal of the instant case and grants Defendant's request to the extent the Court will issue a screening order under 28 U.S.C. § 1915A on Plaintiff's amended complaint attached as Exhibit B to the Notice of Removal in due course.

Dated:    December 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE