UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, ET. AL.,<br><br>    Defendants. | Case No.  1:22-cv-00746-ADA-HBK (PC)<br><br>ORDER DIRECTING CLERK TO FILE COPY OF PLAINTIFF'S MOTION FOR CONTINUANCE AS A MOTION FOR RELIEF FROM JUDGMENT IN CASE NO. 1:19-CV-1022-DAD-EPG AND TERMINATE PENDING MOTION IN THIS CASE<br><br>(Doc. No.  6) |

Pending before the Court is Plaintiff's pleading titled "motion for continuance" filed on August 12, 2022. (Doc. No. 6, Motion).  The caption of the motion reflects case number "1:19-cv-746-HBK" and not the case number assigned to this action which bears case number 1:22-cv-746-HBK. (*Id.* at 1). Plaintiff allegations in the instant Motion are directed at case number 1:19-cv-1022-DAD-EPG.  (*See generally* Doc. No. 6).  As relief, Plaintiff seeks reconsideration of an order or judgment entered in case number 1:19-cv-1022. (*See e.g. id.* at 2, 5-8, 18) (stating "[i]n the enterest [sic] of justice please grant the Motion for Reconsideration.").   Notably, case number 1:19-cv-1022 was closed on December 18, 2020. (Doc. No. 41). Because Plaintiff seeks reconsideration or relief from entry of judgment in his prior case, the Court directs the Clerk to refile the instant motion as a "motion for relief from judgment" dated August 12, 2022[1] in case

---

[1] The Court should deem the motion filed in his earlier case as the same date the Clerk filed it in this case.

number 1:19-cv-1022-DAD-EPG.

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer a copy of Plaintiff's motion for a continuance (Doc. No. 6) in the instant action and refile it a as a "motion for relief from judgment" dated August 12, 2022 in case number 1:19-cv-1022-DAD-EPG.

2. The Clerk shall terminate the instant Motion (Doc. No. 6) as a pending motion in this action.

Dated:     December 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE