UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00746-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No.  14) |

　　　　Plaintiff Donny Steward is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 10, 2023, Plaintiff filed a motion styled as a motion to amend his complaint. (ECF No. 11.)  Because Plaintiff did not identify any proposed amendments and instead sought remand of his case back to state court, however, the Magistrate Judge construed the motion as a Motion to Remand.  (ECF No. 14 at 1-2).  On June 6, 2023, the Magistrate Judge issued a findings and recommendations ("F&R") denying Plaintiff's Motion, finding federal jurisdiction was proper, and that Plaintiff did not articulate a cognizable basis for remand.  (*Id*. at 3).  The F&R was served upon Plaintiff at his address of record and Plaintiff was given 14 days to respond.  (*See* docket).  To date, Plaintiff has not filed any response to the June 6, 2023, F&R, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendation are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on June 6, 2023 (ECF No. 14) are **ADOPTED** in full.
2. Plaintiff's motion is denied, and the matter is returned to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   July 17, 2023

_____
UNITED STATES DISTRICT JUDGE

2