UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>               Plaintiff,<br><br>       v.<br><br>C. PFEIFFER, et al.,<br><br>               Defendants. | Case No.  1:22-cv-00746-HBK (PC)<br><br>ORDER FINDING AS MOOT PLAINTIFF'S MOTION FOR EXEMPTION FROM FILING FEES<br><br>(Doc. No. 19) |

Pending before the Court is Plaintiff Donny Steward's pleading titled "Notice of Motion for Exemption from Filing Fees Due to the Defendant's Request for Judicial Notice In Opposition to Plaintiff's Motion to Amend," filed on July 27, 2023. (Doc. No. 19).  To the extent discernible, Plaintiff claims that he is being required to pay a filing fee in this case and in E.D. Cal. Case No. 2:19-cv-01022-DAD-EPG. (*See id*. at 8).  Because Case No. 2:19-cv-01022-DAD-EPG is assigned to another magistrate judge, the undersigned will not address Plaintiff's claims as to that case.  As to the instant case, the action was removed by Defendants from Kern County Superior Court on June 21, 2022.  (See Doc. No. 1).  At the time of removal, Defendants paid the $402.00 filing fee (receipt number ACAEDC-10289737).  Thus, Plaintiff does not owe a filing fee and his motion to be exempt from filing fee in this action is moot.

Plaintiff also appears to object to the District Court's June 6, 2023 Order adopting the magistrate judge's findings and recommendation to deny Plaintiff's Motion to Remand (Doc. No.

11). (Doc. No. 14, 17). To the extent Plaintiff wishes the district court to reconsider its ruling he may file an appropriate motion.

Accordingly, it is **ORDERED:**

The Court finds Plaintiff's motion to be exempt from filing fees (Doc. No. 19) is MOOT.

Dated:   September 29, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE