UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD, | Case No. 1:22-cv-00746-ADA-HBK |
| Plaintiff, | CLERK TO CLOSE CASE BASED UPON PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i) |
| v. | |
| CHRISTIAN PFEIFFER, et al., | (Doc. No. 26) |
| Defendants. | |

On October 10, 2023, the Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(b). (Doc. No. 26, "Notice"). Because Plaintiff voluntarily dismisses the action on his own motion, the Court construes the Notice as seeking dismissal under Rule 41(a)(1)(A)(i), rather than Rule 41(b). *See* Fed. R. Civ. P. 41. The Notice, signed and dated by Plaintiff on September 26, 2023, states that "Plaintiff of record chooses to dismiss thia [sic] action without prejudice . . . " (Doc. No. 26 at 1). The Notice follows the Court's September 6, 2023, Screening Order. (Doc. No. 22). Because no defendant has been served and no answer nor motion for summary judgment has been filed, Plaintiff may voluntarily dismiss this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

///

ACCORDINGLY:

The Clerk of Court is directed to terminate all pending motions, vacate all deadlines and CLOSE this case to reflect Plaintiff's Notice of Voluntary Dismissal without prejudice consistent with Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 12, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE